SHARONA ESLAMBOLY HAKIM, ESQ. (SBN 180998)
ARMIN ABAZARI, DPM, ESQ. (SBN 335410)
LAW OFFICES OF SHARONA ESLAMBOLY HAKIM
8730 Wilshire Blvd., Suite 500
Beverly Hills, California 90211
Telephone: (310) 289-9100
Facsimile: (310) 289-9101
eSERVICE:
sharona@sehlawfirm.com
armin@sehlawfirm.com
Attorneys for Plaintiff,
KARRIE RAGLIN

Jeffrey P. Magwood (SBN 210710)
Mervyn Y. Encarnacion (SBN 235140)
Erika K. Calvagna (SBN 367993)
GRANT, GENOVESE & BARATTA, LLP
2030 Main Street, Suite 1600
Irvine, CA 92614
Telephone: (949) 660-1600
Facsimile: (949) 660-6060
Email: jpm@ggb-law.com;
mye@ggb-law.com;
eservice@ggb-law.com
1016-010
Attorneys for Defendant
PILOT TRAVEL CENTERS LLC

LAW OFFICES OF ELSAMBOLY HAKIM
8730 Wilshire Blvd. Suite 500
Beverly Hills California
T: (310) 289-9100

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARRIE RAGLIN,<br><br>Plaintiff,<br><br>v.<br><br>PILOT TRAVEL CENTERS LLC; and DOES 1 to 25, Inclusive,<br><br>Defendants. | Case No. 1:26-cv-08927-KES-CDB<br><br>**ORDER GRANTING STIPULATION TO LIMIT PLAINTIFF KARRIE RAGLIN'S DAMAGES AND REMAND BACK TO STATE COURT** |

LAW OFFICES OF ELSAMBOLY HAKIM
8730 Wilshire Blvd. Suite 500
Beverly Hills California
T: (310) 289-9100

# ORDER GRANTING JOINT MOTION

The Court having reviewed and considered the stipulation of the parties (Doc. 4), and the agreements set forth therein, hereby grants REMAND of this action back to Kern County Superior Court, Case 26CUB02378.

The Clerk of the Court is directed to mail a certified copy of this order and the parties' stipulation (Doc. 4) to the Kern County Superior Court. The Clerk of the Court is also directed to terminate any pending motions and close this case.

IT IS SO ORDERED.

Dated: November 16, 2026

UNITED STATES DISTRICT JUDGE